AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

WILLIAM DRAKE, et al.,

        Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO.  C2-09-824

CHARLES HOWLAND, et al.,     JUDGE EDMUND A. SARGUS, JR.
                                                            MAGISTRATE JUDGE NORAH MCCANN KING

        Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed September 2, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 2, 2010                           JAMES BONINI, CLERK

                                                                */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                  Courtroom Deputy Clerk